UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOSEPH H. SCHMAUS,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF<br>LAND MANAGEMENT, et al.,<br><br>               Defendant. | Case No. CV-17-068-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Order Adopting Findings and Recommendations (Doc. 10), this matter is DISMISSED.

      Dated this 23rd day of January 2020.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Heidi Gauthier
                                      Heidi Gauthier, Deputy Clerk